# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00225-CR

**Daniel Wayne Bennett, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 119TH DISTRICT COURT OF CONCHO COUNTY
### NO. DIS-18-01982, THE HONORABLE MIKE FREEMAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Daniel Wayne Bennett filed his notice of appeal on May 11, 2021. The reporter's record was due on August 31, 2021. On December 14, 2021, the clerk's office granted Ms. Audie Pritchard's fourth request for an extension of time to file the reporter's record, specifying that the record should be filed on or before December 30, 2021. Given that this was the fourth extension, we order Ms. Pritchard to file the reporter's record in this cause no later than December 30, 2021. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Ms. Pritchard being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on December 17, 2021.

Before Justices Goodwin, Baker, and Smith

Do Not Publish